Esther M. Falstrom, Appellant, v. Spencer Corporation et al., Defendants. G. Larson, Appellee.

Gen. No. 43,265.

Heard in the first division, first district, this court at the December term, 1944; opinion filed March 26, 1945; rehearing denied April 11, 1945; released for publication April 11, 1945. Decker & Golden, for appellant; Herbert Decker and C. Jerome Bisesi, of counsel; Harry Z. and Bernard Perel, for certain appellee; Defrees, Fiske, O'Brien & Thomson, for certain other appellees; Vincent O'Brien and John Merrill Baker, of counsel. Opinion by Justice O'Connor. Not to be published in full.